WARNER AUTOMOBILE COMPANY, Appellant, *v.* FRANK H. EDWARDS, Respondent.

*Warner Automobile Co.* v. *Edwards*, 153 App. Div. 935, affirmed.
(Argued May 1, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*John N. Carlisle* for appellant.

*Fred B. Pitcher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK PARISI, Appellant.

*People* v. *Parisi*, 154 App. Div. 938, affirmed.
(Argued May 4, 1914; decided May 15, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1913, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Luke O'Reilly* for appellant.

*Charles S. Whitman, District Attorney (George Z. Medalie* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.